IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| DARRYL HARRIS, | ) |
| Plaintiff, | ) ) ) Case No. |
| v. | ) ) |
| PEPSICO BEVERAGE SALES, LLC AND BOTTLING GROUP, LLC, | ) ) ) ) |
| Defendants. | ) |

**NOTICE OF REMOVAL**

Defendants PepsiCo Beverage Sales, LLC and Bottling Group, LLC ("Defendants"), both foreign limited liability companies, hereby notice the removal of this action pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 to the United States District Court for the Eastern District of Tennessee, and as grounds therefore state:

**I. Timeliness of Removal**

1. On or about June 15, 2023, Plaintiff Darryl Harris ("Plaintiff") filed a civil action against Defendants in the Chancery Court for Hamilton County, Tennessee, Docket No. 23-0386. Copies of the Summons and Complaint are attached as Exhibit A, as required under 28 U.S.C. § 1446(a). These are the only process, pleadings, and orders served on Defendants in this action.

2. Defendant Bottling Group, LLC was served with the Complaint on June 20, 2023 by traceable mail on its registered agent.

3. Defendant PepsiCo Beverage Sales, LLC has not yet been served with the Complaint.

4. Accordingly, Defendants are timely filing this Notice of Removal within 30 days after service of process, as required by 28 U.S.C. § 1446(b).

## II. Venue

5. The Chancery Court for Hamilton County, Tennessee is located within the Southern Division of the Eastern District of Tennessee. 28 U.S.C. § 123. Therefore, venue is proper in this Court because it is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

## III. Basis for Removal: Diversity Jurisdiction

6. This action is properly removable under 28 U.S.C. § 1441(b), because the United States District Court has original jurisdiction in this case pursuant to 28 U.S.C. § 1332(a), which provides, "The district courts shall have original jurisdiction of all civil actions where the matter is controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between…citizens of different States…."

## IV. The Amount in Controversy Exceeds $75,000

7. This is an action to recover damages for an alleged violation of the Tennessee Public Protection Act, Tenn. Code Ann. § 50-1-304, *et seq.* Plaintiff seeks back pay, front pay, benefits, liquidated damages, compensatory damages of $500,000, attorneys' fees, and other economic damages, exclusive of interest and costs. (*See* Complaint pp. 5-6 ("Prayer for Relief").)

8. Accordingly, the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

## V. Complete Diversity of Citizenship Exists

9. Plaintiff is a citizen of the State of Tennessee. (Compl. ¶ 2.)

10. Defendant PepsiCo Beverage Sales, LLC is a limited liability company, organized under the laws of the State of Delaware, and having its principal place of business in the State of

New York, and therefore is a citizen of Delaware and New York within the meaning of 28 U.S.C. § 1332. (*See* Compl. ¶ 3.)

11. Defendant Bottling Group, LLC is a limited liability company, organized under the laws of the State of Delaware, and having its principal place of business in the State of New York, and therefore is a citizen of Delaware and New York within the meaning of 28 U.S.C. § 1332. (*See* Compl. ¶ 4.)

12. Complete diversity of citizenship therefore exists, and this case is removable under 28 U.S.C. § 1441(b).

**VI. Conclusion**

13. In accordance with 28 U.S.C. § 1466, copies of this Notice of Removal will be promptly served upon counsel for all adverse parties and filed with the Clerk of the Chancery Court of Hamilton County, Tennessee. A copy of Defendants' notice of filing to the state court is attached hereto as **Exhibit B**.

14. By removing this matter, Defendants do does not waive or intend to waive any defense, including but not limited to insufficiency of process and insufficiency of service of process.

WHEREFORE, Defendants respectfully request that this Court take jurisdiction of this action and issue all necessary orders and process to remove it from the Chancery Court of Hamilton County, Tennessee to the United States District Court for the Eastern District of Tennessee.

Respectfully submitted,

/s/ Luci L. Nelson
William S. Rutchow, BPR No. 017183
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
Truist Plaza
401 Commerce Street, Suite 1200
Nashville, TN 37219-2446
Telephone: 615-254-1900
William.rutchow@ogletree.com

Luci L. Nelson, BPR No. 036354
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
The Ogletree Building
300 N. Main St., Suite 500
Greenville, SC 29601
Telephone: 864-271-1300
luci.nelson@ogletree.com

Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 20th day of July, 2023, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Valerie W. Epstein
Hannah T. Murrell
Epstein Law Firm
1024 E. Martin Luther King Blvd.
Chattanooga, TN 37402

/s/ Luci L. Nelson