IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| DARRYL HARRIS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:23-cv-00160-TAV-SKL |
| PEPSICO BEVERAGE SALES, LLC, and ) | |
| BOTTLING GROUP, LLC, ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiff hereby moves this Court for leave to file the attached Amended Complaint pursuant to Federal Rule of Civil Procedure 15. Plaintiff respectfully requests that this Court grant him leave to file the Amended Complaint because discovery is not yet complete and it will not cause any prejudice.

Respectfully submitted,

EPSTEIN LAW FIRM, PLLC

By: /s/ Valerie W. Epstein
Valerie W. Epstein, BPR #013785
Hannah T. Murrell, BPR #039550
1024 E. Martin Luther King Blvd.
Chattanooga, TN 37403
(423) 265-5100 – telephone
(423) 490-7308 – facsimile
vepstein@epsteinlawfirm.net
hmurrell@epsteinlawfirm.net

1

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served via the electronic filing system upon:

Luci L. Nelson, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
The Ogletree Building
300 N. Main St., Suite 500
Greenville, SC 29601
*luci.nelson@ogletree.com*

William S. Rutchow, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Truist Plaza
401 Commerce Street, Suite 1200
Nashville, TN 37219-2446
*william.rutchow@ogletree.com*

this 1st day of February, 2024

/s/ *Valerie W. Epstein*
Valerie W. Epstein, Esq.