UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| DARRYL HARRIS, | ) |
|     Plaintiff, | ) ) ) |
| v. | )    No. 1:23-cv-00160-SKL |
| PEPSICO BEVERAGE SALES, LLC, and BOTTLING GROUP, LLC, | ) ) ) ) |
|     Defendants. | ) ) |

## JUDGMENT ORDER

On April 2, 2024, the parties notified the Court they had settled all claims in this action. That same day, the Court ordered the parties to file a stipulation of dismissal on or before May 2, 2024 [Doc. 17]. On May 2, the parties filed a joint motion [Doc. 18] requesting a 30-day extension of the May 2 deadline. The Court granted the joint motion, ordered the parties to file a stipulation of dismissal by no later than June 2, and forewarned them that if no stipulation of dismissal or motion for another extension was filed on or before June 2, the Court would dismiss this action without further notice [Doc. 19]. The May 2 deadline has passed, and the parties failed to file either a timely stipulation of dismissal or a motion for another extension of time.

Accordingly, this action is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 68.1. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED.

ENTER:

                                                                                                 s/ *Susan K. Lee*
                                                                                                 SUSAN K. LEE
                                                                                                 UNITED STATES MAGISTRATE JUDGE

ENTERED AS A JUDGMENT:

<u>LeAnna R. Wilson</u>
CLERK OF COURT

2

Case 1:23-cv-00160-SKL     Document 20     Filed 06/04/24     Page 2 of 2     PageID #: 77